THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER UTLEY,   CASE NO. 8:22-cv-02723-WFJ-CPT

    Plaintiff,

vs.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____

_____

  X      IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

**CASE NO. 8:22-cv-02723**

I further certify that I will serve a copy of this *Notice of Pendency of Other Actions* upon each party not later than fourteen (14) days after appearance of the party.

    Respectfully submitted,

/s/ Marc T. Parrino
MARC T. PARRINO
Florida Bar No. 18197
Email: mtp@lgplaw.com
*Attorneys for Bank of America, N.A.*
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

David M. Marco, Esq.
SmithMarco, P.C.
7204 Kyle Court
Sarasota, FL 34240
Email: dmarco@smithmarco.com

    */s/ Marc T. Parrino*
    MARC T. PARRINO