# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **JENNIFER UTLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:22-cv-02723-WFJ-CPT** |
| v. ) | |
| ) | **Judge Jung** |
| **BANK OF AMERICA, N.A.,** ) | **Magistrate Tuite** |
| ) | |
| **Defendant.** ) | |

### NOTICE OF SETTLEMENT AND
### REQUEST TO STAY ALL DEADLINES

Plaintiff, JENNIFER UTLEY, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

Respectfully submitted,
**JENNIFER UTLEY**

By:   s/ David M. Marco
      Attorney for Plaintiff

<u>Dated: December 21, 2022</u>

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:  (312) 546-6539
Facsimile: (888) 418-1277
E-Mail:     <u>dmarco@smithmarco.com</u>