### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| JENNIFER UTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:22-cv-02723-WFJ-CPT |
| v. ) | |
| ) | Judge Jung |
| BANK OF AMERICA, N.A., ) | Magistrate Tuite |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, RONALD EDWARDS, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                              Respectfully submitted,
                              **JENNIFER UTLEY**

                   By:   s/ David M. Marco
                              Attorney for Plaintiff

Dated: January 11, 2023

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:  (312) 546-6539
Facsimile: (888) 418-1277
E-Mail:      dmarco@smithmarco.com